■ In the Matter of RMI & SONS, INC., Appellant, v CITY OF NEW YORK et al., Respondents. — Judgment of the Supreme Court, Kings County, dated June 22, 1983, affirmed, with one bill of costs payable to respondents appearing separately and filing separate briefs, for reasons stated in the memorandum decision of Justice Lawrence at Special Term. Mangano, J. P., Gibbons, Thompson and O'Connor, JJ., concur.